No. 821. W. AMES & Co. *v.* WALLACE, SECRETARY OF AGRICULTURE, ET AL. April 29, 1935. Petition for writ of certiorari to the United States Court of Appeals for the

District of Columbia denied. *Messrs. Daniel Thew Wright* and *R. Robinson Chance* for petitioner. *Solicitor General Reed, Assistant Attorney General Stephens,* and *Messrs. Carl F. McFarland* and *Moses S. Huberman* for respondents.